UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES E SAYNE,<br>Plaintiff | DOCKET NO. 1:22-CV-01692 SEC P |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| JAMES CALHOUN, *ET AL.*,<br>Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 13), and after an independent review of the record including the Objection filed by Plaintiff (ECF No. 15), having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the civil rights Complaint (ECF No. 11) is **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE in Chambers this 30 day of March 2023.

Robert R. Summerhays
United States District Judge